# Court of Appeals
# of the State of Georgia

ATLANTA,___July 27, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1833.   DORIS ROSS v. DEUTSCHE BANK NATIONAL TRUST COMPANY et al.**

Before this Court is the Appellees' motion to dismiss the above-captioned appeal.  The record reflects that this appeal was docketed in this Court on May 22, 2015.  The Appellant's brief, including enumerations of error, was due to be filed no later than June 6, 2015.  Court of Appeals Rule 23 (a).  Appellant, however, has failed to file a brief or an enumeration of errors.  Accordingly, Appellees' motion to dismiss is hereby GRANTED and the above-captioned appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,_____07/27/2015_____*
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*